# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARDT, STEPHEN R. | US COURT OF APPEALS - 9TH CIRCUIT | 07/24/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

312 NORTH SPRING STREET
ROOM 1747
LOS ANGELES, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - ████████ TRUST - EXEMPT C |
| 2. TRUSTEE | TRUST #2 - ████████ TRUST - NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - ██████ LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ACLU FOUNDATION OF SO CALIFORNIA - CONSULTING FEES |
| 2. | 2013 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA -CONSULTING FEES |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGETOWN UNIVERSITY LAW CENTER | 04/13/13 - 04/17/13 | WASHINGTON D.C. | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, LODGING |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKER ACCT #1 - STONNINGTON ▭ | | | | | | | | | |
| 2. - FEDERATED CLOVER VALUE FD CL C 1 | A | Dividend | K | T | Sold (part) | 01/03/13 | J | B | |
| 3. | | | | | Sold (part) | 04/11/13 | J | C | |
| 4. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 1 | A | Interest | J | T | | | | | |
| 5. CITY NATIONAL BANK CHECKING ▭ | | None | J | T | | | | | |
| 6. UNION BANK CHECKING | | None | J | T | | | | | |
| 7. JOHN HANCOCK LIFE INS CO. - ANNUITY | D | Int./Div. | L | W | | | | | |
| 8. SYMETRA LIFE INS CO - ANNUITY | E | Distribution | | | Distributed | 02/11/13 | K | E | |
| 9. IRA - ACCT #7 - STONNINGTON ▭ ▭ | B | Int./Div. | L | T | | | | | |
| 10. - PERSHING GOVT MONEY MARKET FUNDS 7 | | | | | | | | | |
| 11. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Buy (add'l) | 11/20/13 | J | | |
| 12. | | | | | Sold (part) | 12/23/13 | J | A | |
| 13. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 14. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 15. - MSIF INC INTERNATIONAL FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 16. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Buy (add'l) | 12/23/13 | J | | |
| 17. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Buy (add'l) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 19. - GATEWAY FUND CLASS Y 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 20. - PRINCETON FUTURES STRATEGY FUND CLASS 7 | | | | | Buy (add'l) | 11/20/13 | J | | |
| 21. | | | | | Sold | 12/23/13 | J | A | |
| 22. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 23. - DRIEHAUS SELECT CREDIT FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 24. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | | | | | |
| 25. - WASATCH LONG/SHORT FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 26. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 27. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Sold (part) | 12/23/13 | J | A | |
| 28. - TCW EMERGING MARKETS FUND 7 | | | | | | | | | |
| 29. - VIRTUS EMERGING MARKETS FUND 7 | | | | | Buy (add'l) | 12/23/13 | J | | |
| 30. - AMERICAN CENTURY MID CAP VALUE FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 31. - SCHWAB FUNDMNTL U.S. LARGE CO FUND 7 | | | | | Sold (part) | 11/20/13 | J | A | |
| 32. - AQR MANAGED FUTURES STRATEGY FUND 7 | | | | | Buy | 12/23/13 | J | | |
| 33. - LEGG MASON BW ABSOLUTE RETURN FUND 7 | | | | | Buy | 12/23/13 | J | | |
| 34. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND 7 | | | | | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DEFERRED SALARY PLAN/TRUST - ACLU - ACCT #8 - M/LYNCH | E | Distribution | N | T | | | | | |
| 36. BROKER ACCT #3 - STONNINGTON | | | | | | | | | |
| 37. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 3 | A | Int./Div. | J | T | | | | | |
| 38. - AQR DIVERSIFIED ARBITRAGE FUND 3 | A | Dividend | J | T | Buy (add'l) | 12/13/13 | J | | |
| 39. | | | | | Sold (part) | 06/26/13 | J | A | |
| 40. - AQR MANAGED FUTURES STRATEGY FD 3 | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 41. - DRIEHAUS SELECT CREDIT FUND 3 | A | Dividend | K | T | Sold (part) | 06/26/13 | J | A | |
| 42. | | | | | Sold (part) | 12/12/13 | J | A | |
| 43. - DRIEHAUS ACTIVE INCOME FUND 3 | A | Dividend | K | T | Sold (part) | 06/26/13 | J | A | |
| 44. | | | | | Sold (part) | 12/12/13 | J | A | |
| 45. - GATEWAY FUND CLASS Y 3 | A | Dividend | L | T | Buy (add'l) | 05/09/13 | J | | |
| 46. | | | | | Sold (part) | 06/26/13 | J | A | |
| 47. | | | | | Sold (part) | 09/27/13 | J | A | |
| 48. | | | | | Sold (part) | 12/12/13 | J | A | |
| 49. - LEGG MASON BW ABSOLUTE RETURN FUND 3 | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 50. - MSIF INC INTERNATIONAL FUND 3 | A | Dividend | K | T | Buy (add'l) | 06/26/13 | J | | |
| 51. | | | | | Sold (part) | 05/09/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/30/13 | J | A | |
| 53. | | | | | Sold (part) | 09/27/13 | J | A | |
| 54. | | | | | Sold (part) | 10/30/13 | J | A | |
| 55. - NUVEEN LIMITED TERM MUNI BOND CLASS A 3 | A | Interest | J | T | Buy (add'l) | 12/12/13 | J | | |
| 56. - PRINCETON FUTURES STRATEGY FUND CLASS 3 | A | Dividend | | | Buy (add'l) | 05/09/13 | J | | |
| 57. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 58. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 59. | | | | | Sold | 12/12/13 | K | A | |
| 60. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 3 | A | Dividend | J | T | Sold (part) | 05/09/13 | J | A | |
| 61. | | | | | Sold (part) | 07/30/13 | J | A | |
| 62. | | | | | Sold (part) | 09/27/13 | J | A | |
| 63. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 3 | A | Dividend | J | T | Sold (part) | 12/12/13 | J | A | |
| 64. - TCW EMERGING MARKETS FUND 3 | A | Dividend | J | T | | | | | |
| 65. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | A | Interest | J | T | Buy (add'l) | 05/09/13 | J | | |
| 66. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 67. | | | | | Sold (part) | 12/12/13 | K | A | |
| 68. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | A | Interest | J | T | Buy (add'l) | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/30/13 | J | | |
| 70. | | | | | Sold (part) | 09/27/13 | J | A | |
| 71. | | | | | Sold (part) | 12/12/13 | K | A | |
| 72.  - WASATCH LONG/SHORT FUND 3 | A | Dividend | K | T | Buy (add'l) | 12/12/13 | J | | |
| 73. | | | | | Sold (part) | 05/09/13 | J | A | |
| 74. | | | | | Sold (part) | 06/26/13 | J | A | |
| 75. | | | | | Sold (part) | 09/27/13 | J | A | |
| 76. | | | | | Sold (part) | 10/30/13 | J | A | |
| 77.  - ISHARES TR BARCLAYS TIPS BD FD 3 | A | Dividend | J | T | Buy (add'l) | 05/09/13 | J | | |
| 78. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 79.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | A | Dividend | J | T | Buy (add'l) | 12/17/13 | J | | |
| 80.  - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 81. | | | | | Sold (part) | 06/26/13 | J | A | |
| 82. | | | | | Sold (part) | 07/30/13 | J | A | |
| 83. | | | | | Sold (part) | 09/27/13 | J | A | |
| 84. | | | | | Sold (part) | 10/30/13 | J | A | |
| 85.  - VIRTUS EMERGING MARKETS FUND 3 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - AMERICAN CENTURY MID CAP VALUE FUND 3 | A | Dividend | J | T | Sold (part) | 05/09/13 | J | A | |
| 87. | | | | | Sold (part) | 07/30/13 | J | A | |
| 88. | | | | | Sold (part) | 10/30/13 | J | A | |
| 89. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND 3 | A | Dividend | J | T | Buy | 12/13/13 | J | | |
| 90. - SCHWAB FUNDMNTL U.S. LARGE CO FUND 3 | A | Dividend | K | T | Sold (part) | 05/09/13 | J | A | |
| 91. | | | | | Sold (part) | 06/26/13 | J | A | |
| 92. | | | | | Sold (part) | 07/30/13 | J | A | |
| 93. | | | | | Sold (part) | 10/30/13 | J | A | |
| 94. BANK OF THE WEST CHECKING ▓ | A | Interest | K | T | | | | | |
| 95. CHASE CHECKING ▓ | | None | K | T | | | | | |
| 96. CHASE SAVINGS ▓ | A | Interest | J | T | | | | | |
| 97. NATIONWIDE ACHIEVER ANNUITY | | None | N | T | | | | | |
| 98. TRUST #1 - EXEMPT C▓ | F | Int./Div. | P1 | W | | | | | See Note 1 |
| 99. - FDIC LIQUID INSURED DEPOSITS ▓ | | | | | | | | | |
| 100. - AQR DIVERSIFIED ARBITRAGE FUND ▓ | | | | | Buy (add'l) | 12/12/13 | J | | |
| 101. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 102. | | | | | Sold (part) | 04/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/27/13 | K | A | |
| 104.  - DRIEHAUS SELECT CREDIT FUND | | | | | Buy (add'l) | 12/12/13 | J | | |
| 105. | | | | | Sold (part) | 04/10/13 | J | A | |
| 106. | | | | | Sold (part) | 08/27/13 | K | A | |
| 107.  - DRIEHAUS ACTIVE INCOME FUND | | | | | Buy (add'l) | 12/12/13 | J | | |
| 108. | | | | | Sold (part) | 04/10/13 | J | A | |
| 109. | | | | | Sold (part) | 08/27/13 | K | A | |
| 110.  - GATEWAY FUND CLASS Y | | | | | Sold (part) | 04/10/13 | K | B | |
| 111. | | | | | Sold (part) | 08/27/13 | L | D | |
| 112.  - ISHARES TR BARCLAYS TIPS BD FD | | | | | Buy (add'l) | 12/12/13 | J | | |
| 113. | | | | | Sold (part) | 08/27/13 | J | A | |
| 114.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | | | | Buy (add'l) | 12/12/13 | K | | |
| 115. | | | | | Sold (part) | 04/10/13 | J | A | |
| 116. | | | | | Sold (part) | 08/27/13 | J | A | |
| 117.  - MSIF INC INTERNATIONAL FUND | | | | | Buy (add'l) | 12/17/13 | J | | |
| 118. | | | | | Sold (part) | 04/10/13 | K | C | |
| 119. | | | | | Sold (part) | 08/27/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - PRINCETON FUTURES STRATEGY FUND CLASS ▓ | | | | | Sold (part) | 04/10/13 | J | A | |
| 121. | | | | | Sold (part) | 08/27/13 | K | A | |
| 122. | | | | | Sold (part) | 12/12/13 | L | A | |
| 123. - NUVEEN LIMITED TERM MUNI BOND CLASS A ▓ | | | | | Buy (add'l) | 12/12/13 | K | | |
| 124. | | | | | Sold (part) | 04/10/13 | J | A | |
| 125. | | | | | Sold (part) | 08/27/13 | J | A | |
| 126. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND ▓ | | | | | Buy (add'l) | 12/18/13 | J | | |
| 127. | | | | | Sold (part) | 04/10/13 | J | B | |
| 128. | | | | | Sold (part) | 08/27/13 | K | D | |
| 129. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND ▓ | | | | | Sold (part) | 04/10/13 | J | A | |
| 130. | | | | | Sold (part) | 08/27/13 | J | A | |
| 131. - TCW EMERGING MARKETS FUND ▓ | | | | | Sold (part) | 04/10/13 | K | C | |
| 132. | | | | | Sold (part) | 08/27/13 | J | A | |
| 133. - THE TAX EXEMPT BOND FUND OF AMERICA ▓ | | | | | Sold (part) | 08/27/13 | K | A | |
| 134. | | | | | Sold (part) | 12/12/13 | L | B | |
| 135. - VANGUARD SPECIALIZED PORT DIV APPREC FUND ▓ | | | | | Sold (part) | 04/10/13 | K | D | |
| 136. | | | | | Sold (part) | 08/27/13 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/12/13 | J | B | |
| 138. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | | | | | Sold (part) | 08/27/13 | K | A | |
| 139. | | | | | Sold (part) | 12/12/13 | L | A | |
| 140. - WASATCH LONG/SHORT FUND | | | | | Buy (add'l) | 12/30/13 | J | | |
| 141. | | | | | Sold (part) | 04/10/13 | J | B | |
| 142. | | | | | Sold (part) | 08/27/13 | K | C | |
| 143. | | | | | Sold (part) | 12/12/13 | J | A | |
| 144. - VIRTUS EMERGING MARKETS FUND | | | | | Sold (part) | 04/10/13 | J | A | |
| 145. | | | | | Sold (part) | 08/27/13 | J | A | |
| 146. - AMERICAN CENTURY MID CAP VALUE FUND | | | | | Buy (add'l) | 12/09/13 | J | | |
| 147. | | | | | Sold (part) | 04/10/13 | J | B | |
| 148. | | | | | Sold (part) | 08/27/13 | K | B | |
| 149. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | | | | | Sold (part) | 04/10/13 | K | C | |
| 150. | | | | | Sold (part) | 08/27/13 | K | C | |
| 151. - AQR MANAGED FUTURES STRATEGY FUND | | | | | Buy | 12/23/13 | L | | |
| 152. - LEGG MASON BW ABSOLUTE RETURN FUND | | | | | Buy | 12/12/13 | K | | |
| 153. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | | | | | Buy | 12/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - ACACIA PARTNERS, L.P. | | | | | | | | | See Note 1 |
| 155. - POETIC LICENSE PARTNERS, LP | | | | | | | | | See Note 1 |
| 156. - CITY NATIONAL BANK CHECKING | | | | | Closed | | | | |
| 157. TRUST #2 - NON-EXEMPT C | A | Int./Div. | M | T | | | | | |
| 158. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 159. - CITY NATIONAL BANK CHECKING | | | | | Closed | | | | |
| 160. TRUST #3 - LVG TRUST | D | Int./Div. | N | T | | | | | |
| 161. - FDIC LIQUID INSURED DEPOSITS | | | | | | | | | |
| 162. - FDIC LIQUID INSURED DEPOSITS (X) | | | | | | | | | |
| 163. - AQR DIVERSIFIED ARBITRAGE FUND | | | | | Buy (add'l) | 12/12/13 | J | | |
| 164. | | | | | Sold (part) | 06/11/13 | J | A | |
| 165. | | | | | Sold (part) | 08/27/13 | J | A | |
| 166. - AQR MANAGED FUTURES STRATEGY FUND | | | | | Buy | 12/12/13 | K | | |
| 167. - DRIEHAUS SELECT CREDIT FUND | | | | | Buy (add'l) | 12/12/13 | J | | |
| 168. | | | | | Sold (part) | 06/11/13 | J | A | |
| 169. | | | | | Sold (part) | 08/27/13 | J | A | |
| 170. - DRIEHAUS ACTIVE INCOME FUND | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 06/11/13 | J | A | |
| 172. | | | | | Sold (part) | 08/27/13 | J | A | |
| 173. - GATEWAY FUND CLASS Y | | | | | Sold (part) | 06/11/13 | J | A | |
| 174. | | | | | Sold (part) | 08/27/13 | J | A | |
| 175. - ISHARES TR BARCLAYS TIPS BD FD | | | | | Buy (add'l) | 06/11/13 | J | | |
| 176. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 177. | | | | | Sold (part) | 08/27/13 | J | A | |
| 178. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND | | | | | Buy (add'l) | 12/12/13 | J | | |
| 179. | | | | | Sold (part) | 08/27/13 | J | A | |
| 180. - LEGG MASON BW ABSOLUTE RETURN FUND | | | | | Buy | 12/12/13 | J | | |
| 181. - MSIF INC INTERNATIONAL FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 182. | | | | | Sold (part) | 08/27/13 | J | A | |
| 183. | | | | | Sold (part) | 12/12/13 | J | A | |
| 184. - PRINCETON FUTURES STRATEGY FUND CLASS | | | | | Buy (add'l) | 06/11/13 | J | | |
| 185. | | | | | Sold (part) | 08/27/13 | J | A | |
| 186. | | | | | Sold | 12/12/13 | K | A | |
| 187. - NUVEEN LIMITED TERM MUNI BOND CLASS A | | | | | Buy (add'l) | 12/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 08/27/13 | J | A | |
| 189. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 190. | | | | | Sold (part) | 08/27/13 | J | A | |
| 191. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 192. | | | | | Sold (part) | 08/27/13 | J | A | |
| 193. - TCW EMERGING MARKETS FUND | | | | | Sold (part) | 08/27/13 | J | A | |
| 194. - THE TAX EXEMPT BOND FUND OF AMERICA | | | | | Sold (part) | 06/11/13 | J | A | |
| 195. | | | | | Sold (part) | 08/27/13 | J | A | |
| 196. | | | | | Sold (part) | 12/12/13 | J | A | |
| 197. - VANGUARD SPECIALIZED PORT DIV APPREC FUND | | | | | Sold (part) | 06/11/13 | J | B | |
| 198. | | | | | Sold (part) | 08/27/13 | J | B | |
| 199. | | | | | Sold (part) | 12/12/13 | J | A | |
| 200. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 201. | | | | | Sold (part) | 08/27/13 | J | A | |
| 202. | | | | | Sold (part) | 12/12/13 | J | A | |
| 203. - WASATCH LONG/SHORT FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 204. | | | | | Sold (part) | 08/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/12/13 | J | A | |
| 206. - VIRTUS EMERGING MARKETS FUND | | | | | Sold (part) | 08/27/13 | J | A | |
| 207. - AMERICAN CENTURY MID CAP VALUE FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 208. | | | | | Sold (part) | 08/27/13 | J | A | |
| 209. - RIVERNORTH DOUBLE LINE STRATEGIC INC FUND | | | | | Buy | 12/12/13 | J | | |
| 210. - SCHWAB FUNDMNTL U.S. LARGE CO FUND | | | | | Sold (part) | 06/11/13 | J | A | |
| 211. | | | | | Sold (part) | 08/27/13 | J | A | |
| 212. | | | | | Sold (part) | 12/12/13 | J | A | |
| 213. - CITY NATIONAL BANK CHECKING | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 07/24/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:  Part VII, lines 98, 154 and 155 - We are still waiting for the year 2013 forms K-1 relating to the Acacia Partners, L.P. partnership and the Poetic License Partners, LP partnership on lines 154 and 155.  As a result, both the income and gross value codes in columns B and C for the Trust #1 Exempt C on line 98 have been estimated.  If necessary, an amended disclosure report will be filed upon our receipt of the K-1 forms.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN R. REINHARDT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544